**JEFFREY S. YOUNG, SBN172016**
**LAW OFFICES OF JEFFREY S. YOUNG**
1307 State Street, First Floor
Santa Barbara, CA  93101
jeff@jeffreyyounglaw.com
Tel: (805) 884-0338
Fax: (805) 884-0799

Attorney for Plaintiff GREG YOUNG PUBLISHING, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GREG YOUNG PUBLISHING, INC., a
corporation,

                Plaintiff,

      v.

CAFEPRESS, INC., a corporation, and DOES
1 to 10,

                Defendants

Case No. 2:15-cv-06013

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT**

JURY TRIAL DEMANDED

## COMPLAINT

       Plaintiff, Greg Young Publishing, Inc. ("GYP"), by its undersigned counsel,

for its complaint against CafePress, Inc. ("Defendant"), alleges as follows:

## PARTIES

1.     Greg Young Publishing, Inc. (Plaintiff) is a California corporation domiciled

in Santa Barbara, California.  Greg Young is the corporation's president

and sole shareholder.

2.   CafePress, Inc., (Defendant) is a Delaware Corporation domiciled in Louisville, Kentucky.  CafePress, Inc. maintains corporate offices in San Mateo, California.

## JURISDICTION AND VENUE

3.   This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. §§ 101 *et seq.*  This Court has subject-matter jurisdiction over this action pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

4.   Personal Jurisdiction and Venue are proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because defendant advertises, markets and sells goods in this district via the Internet or directly.  Defendant's wrongful conduct caused harm in this district, which harm defendant knew and/or intended would occur in this district.

## FACTUAL BACKGROUND
## Greg Young Publishing, Inc.

5.   Plaintiff, Greg Young Publishing, Inc. (hereinafter "GYP") is a California-based art publisher.  GYP represents several artists, including Kerne Erickson.

6.   Kerne Erickson is one of the many successful artists that GYP represents. The vintage-inspired travel and beach themed paintings created by Mr. Erickson have proven to be some of the most popular works licensed by GYP.  Mr. Erickson's works are unique within those offered by GYP in that GYP personally commissions works from Mr. Erickson and purchases the copyrights in those works by way of an assignment.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

7.  Since the late 1990's, GYP has collaborated with Mr. Erickson on a series of original designs that have become internationally known in the area of retro-vintage poster art.  At that time, GYP began publishing the designs as posters and selling them to the public.

8.  Mr. Erickson's works have been a top seller on Art.com, the largest retailer of poster and wall decor art.  In about 2002, GYP started to license Mr. Erickson's designs to manufactures of various products such as puzzles, greeting cards, postcards, shower curtains, shoes, apparel and much more.  In 2006, GYP published a coffee table book entitled <u>Kerne Erickson</u>, which showcases Mr. Erickson's work. This book was sold through the Tommy Bahama retail outlets.

9.  Mr. Erickson has been and continues to be, one of Hawaii's most recognizable artists for postcard, greeting card and calendar printed materials.  Mr. Erickson's designs have been used on a number of T.V. and motion picture background set dressings.  The Bequia Beach Hotel, a five star hotel in the Eastern Caribbean, promotes in its marketing materials the fact that Mr. Erickson's work is a feature of their hotel rooms. Mr. Erickson has also worked for Disney, the last project being the 130 foot mural in Disney's Grand California Adventure Hotel.  In 2007, Norwegian Cruise lines, through GYP, created an exclusive line of merchandise that features Mr. Erickson's designs.  This merchandise was sold on their cruise ships operating in the Hawaiian Islands.  The November 2014 issue of Harrods Travel Magazine featured an article with three of Mr. Erickson's works.

10. When licensing to manufactures, GYP has always required a visible attribution that notices Kerne Erickson as the artist and GYP as the copyright owner.  Despite this fact, and because of Mr. Erickson's popularity, GYP is constantly required to protect its rights in and out of

court against willful infringers who believe that they can do as they please without any consequences and in violation of the law.

11. GYP has and continues to protect the copyrights it has acquired for Mr. Erickson's works.  GYP registers all of its artwork with the U.S. Copyright Office and places a watermark on all of the artwork it displays on its website, along with a notice of copyright.  In addition, all licensees of GYP's artworks are required to place a copyright notice and a Kerne Erickson attribution on the artwork that they offer for sale.

**CafePress**

12. Founded in 1999, CafePress is an e-commerce vendor that allows users to upload images of artwork, slogans, and designs for printing by CafePress on products such as shower curtains, magnets, postcards, water bottles, travel bags, coffee mugs, travel posters, t-shirts, buttons, iPad sleeves, decals, note cards, hoodies, greeting cards, sweatshirts, wall art posters, baseball jerseys, beer labels, mouse pads, jigsaw puzzles, ornaments, tank tops, key-holders, cufflinks, aprons, flip-flops, journals, cocktail platters, cutting-boards, and a myriad of other such products.  These products are then offered for sale to the public as alleged in paragraph 16.

13. CafePress provides the blank products for printing and controls all aspects of manufacturing, printing, price setting, and shipping.

14. According to its website, "CafePress prints most orders at our state-of-the-art production facility in Louisville, Kentucky.  Measuring more than three football fields, this facility has hundreds of state-of-the-art printing presses perfectly matched for the 250+ products we print." . . . "CafePress.com uses many of the state of the art technologies to produce the items we sell."

15.   CafePress' 2015 Form 10K filed with the Securities and Exchange Commission states: "Our facility in Louisville, Kentucky has innovative technology and manufacturing processes that enable us to provide high-quality customized products that are individually built to order. Our proprietary processes enable us to produce a broad range of merchandise efficiently, cost effectively and quickly. We maintain custom printing production capabilities in Norcross, Georgia in connection with our EZ Prints, Inc. brand. We also maintain a diverse network of contract manufacturers that give us the ability to broaden our manufacturing capabilities and produce in certain international locales."

16.   The artwork, slogans and designs uploaded by CafePress' users to the CafePress website are sold through either: (1) a user's virtual shop on CafePress' website, (2) the CafePress Marketplace on CafePress' website, or (3) a CafePress "feed" on a third party website such as E-Bay or Amazon.

17.   The CafePress website also allows the user to have a virtual CafePress "shop" including an online storefront and website hosting, order management, fulfillment, payment processing, and customer service.

18.   CafePress advertises and sells products through its CafePress Marketplace which consists of the goods sold on its www.cafepress.com website.  CafePress' 2015 Form 10K states: "A significant proportion of our revenue has been derived from the online sale of user-designed products through our marketplace CafePress.com and through distribution channels derived from that marketplace."

19.   CafePress determines what designs and products will be available through the CafePress Marketplace and sets the retail prices for items sold from there.  When a third party purchases a user's uploaded image from the CafePress Marketplace, CafePress pays the user a set royalty.

## **THE INFRINGED ARTWORK**

20. Relevant to this action, Mr. Erickson painted 18 separate original pieces of artwork ("The Artwork") entitled:

1) "Aloha," see Exhibit "A,"

2) "Aloha from Hawaii," see Exhibit "B,"

3) "Havana No. CS32" see Exhibit "C,"

4) "Catalina By Air," see Exhibit "D,"

5) "Visit Cuba," see Exhibit "E,"

6) "The Lindbergh Line," see Exhibit 'F,"

7) "Cuba," see Exhibit 'G,"

8) "Aloha Hawaii," see Exhibit 'H,"

9) "Varadero Cuba," see Exhibit 'I,"

10) "Cuba and American Jockey Club," see Exhibit 'J,"

11) "Cuba Land of Romance," see Exhibit 'K,"

12) "Escape to Cuba," see Exhibit 'L,"

13) "Key West," see Exhibit 'M,"

14) "Cocoa Beach," see Exhibit 'N,"

15) "Havana No. CS99," see Exhibit "O,"

16) "Pineapple," see Exhibit 'P,"

17) "Coconut," see Exhibit 'Q,"

18) "Ginger" see Exhibit "R."

21. At all times relevant herein, Mr. Erickson and Greg Young Publishing, Inc. have complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to the copyrights of "The Artwork."

22. A registration for "Aloha" was issued by the U.S. Copyright Office effective in 2002 and carrying Registration Number VA1-150-890.  A supplemental registration for this work was issued by the U.S. Copyright Office effective

July 25, 2013, carrying Registration Number VA1-433-507.  Attached as part of Exhibit "A" is a true and correct copy of the certificate of registration for "Aloha."

23.  A registration for "Aloha from Hawaii" was issued by the U.S. Copyright Office effective in 2002 and carrying Registration Number VA1-159-676.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013, carrying Registration Number VA1-433-531.  Attached as part of Exhibit "B" is a true and correct copy of the certificate of registration for "Aloha from Hawaii."

24.  A registration for "Havana No. CS32" was issued by the U.S. Copyright Office effective in 2000 and carrying Registration Number VA1-002-260.  A supplemental registration for this work was issued by the U.S. Copyright Office effective October 21, 2003, carrying Registration Number VA1-236-997.  Attached as part of Exhibit "C" is a true and correct copy of the certificate of registration for "Havana No. CS32."

25.  A registration for "Catalina By Air" was issued by the U.S. Copyright Office effective in 2000 and carrying Registration Number VA1-052-091.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 carrying Registration Number VA1-433-518.  Attached as part of Exhibit "D" is a true and correct copy of the certificate of registration for "Catalina By Air."

26.  A registration for "Visit Cuba" was issued by the U.S. Copyright Office effective in 2000 and carrying Registration Number VA1-048-130.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 carrying Registration Number VA1-433-528.  Attached as part of Exhibit "E" is a true and correct copy of the certificate of registration for "Visit Cuba."

1   27.   A registration for "The Lindbergh Line" was issued by the U.S. Copyright
2         Office effective in 2001 and carrying Registration Number VA1-094-498.  A
3         supplemental registration for this work was issued by the U.S. Copyright
4         Office effective October 21, 2003 carrying Registration Number
5         VA1-237-002.  Attached as part of Exhibit "F" is a true and correct copy of
6         the certificate of registration for "The Lindbergh Line."
7   28.   A registration for "Cuba" was issued by the U.S. Copyright Office effective
8         on April 19, 2002 and carrying Registration Number VA1-130-347.  A
9         supplemental registration for this work was issued by the U.S. Copyright
10        Office effective July 23, 2013 carrying Registration Number VA1-433-517.
11        Attached as part of Exhibit "G" is a true and correct copy of the certificate
12        of registration for "Cuba."
13  29.   A registration for "Aloha Hawaii" was issued by the U.S. Copyright Office
14        effective in 2003 and carrying Registration Number VA1-181-636.  A
15        supplemental registration for this work was issued by the U.S. Copyright
16        Office effective July 25, 2013 carrying Registration Number VA1-433-506.
17        Attached as part of Exhibit "H" is a true and correct copy of the certificate
18        of registration for "Aloha Hawaii."
19  30.   A registration for "Varadero Cuba" was issued by the U.S. Copyright Office
20        effective in 2003 and carrying Registration Number VA1-219-145.  A
21        supplemental registration for this work was issued by the U.S. Copyright
22        Office effective July 25, 2013 carrying Registration Number VA1-433-544.
23        Attached as part of Exhibit "I" is a true and correct copy of the certificate of
24        registration for "Varadero Cuba."
25  31.   A registration for "Cuba and American Jockey Club" was issued by the
26        U.S. Copyright Office effective in 2004 and carrying Registration Number
27        VA1-238-650.  A supplemental registration for this work was issued by the
28        U.S. Copyright Office effective July 23, 2013 carrying Registration Number

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VA1-433-553.  Attached as part of Exhibit "J" is a true and correct copy of the certificate of registration for "Cuba and American Jockey Club."

32.  A registration for "Cuba Land of Romance," was issued by the U.S. Copyright Office effective on August 27, 2004, carrying Registration Number VA1-280-059.  Attached as part of Exhibit "K" is a true and correct copy of the certificate of registration for "Cuba Land of Romance."

33.  A registration for "Escape to Cuba" was issued by the U.S. Copyright Office effective on September 9, 2005, carrying Registration Number VAu-685-249.  Attached as part of Exhibit "L" is a true and correct copy of the certificate of registration for "Escape to Cuba."

34.  A registration for "Key West, Florida" was issued by the U.S. Copyright Office effective on September 9, 2005, carrying Registration Number VAu-685-250.  Attached as part of Exhibit "M" is a true and correct copy of the certificate of registration for "Key West."

35.  A registration for "Cocoa Beach" was issued by the U.S. Copyright Office effective on June 12, 2007 carrying Registration Number Vau-000-745-799 and showing Greg Young International as the Copyright Claimant. Attached as part of Exhibit "N" is a true and correct copy of the certificate of registration for "Cocoa Beach."  On September 21, 2011, Greg Young, an individual, d/b/a Greg Young International, assigned his copyrights to "Cocoa Beach" to plaintiff GYP.

36.  A registration for "Havana No. CS99" was issued by the U.S. Copyright Office effective on June 12, 2007, carrying Registration Number VAu-745-801. Attached as part of Exhibit "O" is a true and correct copy of the certificate of registration for "Havana No. CS99."

37.  A registration for "Pineapple" was issued by the U.S. Copyright Office effective in 2003 and carrying Registration Number VA1-211-672.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013, carrying Registration Number VA1-433-537.

1
2

Attached as part of Exhibit "P" is a true and correct copy of the certificate of registration for "Pineapple."

3
4
5
6
7
8

38.   A registration for "Coconut" was issued by the U.S. Copyright Office effective in 2003 and carrying Registration Number VA1-205-134.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 23, 2013 carrying Registration Number VA1-433-516.  Attached as part of Exhibit "Q" is a true and correct copy of the certificate of registration for "Coconut."

9
10
11
12
13
14

39.   A registration for "Ginger" was issued by the U.S. Copyright Office effective in 2003 and carrying Registration Number VA1-202-082.  A supplemental registration for this work was issued by the U.S. Copyright Office effective July 25, 2013 carrying Registration Number VA1-433-539.  Attached as part of Exhibit "R" is a true and correct copy of the certificate of registration for "Ginger."

15

## CAFEPRESS' INFRINGING ACTIVITIES

16
17
18
19
20
21

40.   Recognizing the popularity and appeal of Mr. Erickson's designs, CafePress used unauthorized copies of each of the 18 individual works of art at issue here, which were created by Mr. Erickson and owned by GYP.  CafePress in turn willfully copied, printed, and displayed these 18 individual works of art on various products and merchandise that the company manufactures, displays, and sells on its website, to wit:

22
23
24

a.   At least since November 6, 2014, CafePress willfully copied, printed, and displayed "Aloha" on shower curtains which have been offered for sale.  See Exhibit "AA."

25
26
27

b.   At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Aloha from Hawaii" on magnets which have been offered for sale.  See Exhibit "BB."

28

c.   At least since January 23, 2015, CafePress willfully copied, printed, and displayed "Havana" on:1) postcards, 2) stainless steel water

bottles, 3) travel bags, 4) magnets, 5) coffee mugs, 6) travel posters, 7) t-shirts, and 8) buttons, which have been offered for sale.  See Exhibit "CC."

d.    At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Catalina by Air" on magnets which have been offered for sale.  See Exhibit "DD."

e.    At least since March 12, 2015, CafePress willfully copied, printed, and displayed "Visit Cuba" on iPad sleeves which have been offered for sale.  See Exhibit "EE."

f.    At least since November 6, 2014, CafePress willfully copied, printed, and displayed "The Lindberg Line" on shower curtains which have been were offered for sale.  See Exhibit "FF."

g.    At least since May 16, 2015, CafePress willfully copied, printed, and displayed "Cuba" on women's tank-tops, t-shirts, and on invitations, which have all been offered for sale.  See Exhibit "GG."

h.    At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Aloha Hawaii" on shower curtains which have been offered for sale.  See Exhibit "HH."

i.    At least since January 23, 2015, CafePress willfully copied, printed, and displayed "Varadero Cuba" on: 1) t-shirts, 2) decals, 3) magnets, 4) note cards, 5) hoodies, 6) greeting cards, and 7) sweatshirts which have been offered for sale.   See Exhibit "II."   On March 4, 2015 CafePress was notified that it was infringing the copyrights to "Varadero Cuba."  Despite this notice CafePress continues to infringe the copyrights to "Varadero Cuba."  See Exhibit "III."

j.    At least since November 20, 2014, CafePress willfully copied, printed, and displayed "Cuba and American Jockey" on wall art posters which have been offered for sale.  See Exhibit "JJ."

k.  At least since March 12, 2015, CafePress willfully copied, printed, and displayed "Cuba Land of Romance" on t-shirts which have been offered for sale.  See Exhibit "KK."

l.  At least since March 12, 2015, CafePress willfully copied, printed, and displayed "Escape to Cuba" on: 1) baseball jerseys, 2) t-shirts, 3) beer labels, 4) greeting cards, 5) mouse pads, 6) jigsaw puzzles, 7) ornaments, 8) tank-tops, and 9) key-holders which have been offered for sale.  See Exhibit "LL."

m.  At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Key West" on wall art posters which have been offered for sale.  See Exhibit "MM."

n.  At least since November 20, 2014, CafePress willfully copied, printed, and displayed "Cocoa Beach" on cufflinks which have been offered for sale.  See Exhibit "NN."

o.  At least since May 12, 2015, CafePress willfully copied, printed, and displayed "Havana No. CS99" on: 1) aprons, 2) postcards, 3) flip-flops, 4) journals, 5) cocktail platters, 6) note cards, 7) magnets, 8) mousepads, 9) decals, and 10) cutting-boards which have been offered for sale.  See Exhibit "OO."

p.  At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Pineapple" on magnets which have been offered for sale.  See Exhibit "PP."  On January 28, 2013, CafePress had been notified that it was infringing on this particular copyright.

q.  At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Coconut" on magnets which have been offered for sale.  See Exhibit "QQ."

r.  At least since March 5, 2015, CafePress willfully copied, printed, and displayed "Ginger" on magnets which have been offered for sale.  See Exhibit "RR."

41. Without authorization and in violation of GYP's copyrights, CafePress created derivative works of "The Artwork" by resizing and cutting off portions of "The Artwork" to fit on the products it produced and sold.

42.  CafePress directly profits from the advertisement, manufacture, display and sale of the infringed items sold on its e-commerce website.

## COPYRIGHT INFRINGEMENT COUNT

43. GYP incorporates the prior paragraphs by reference as though fully set forth herein.

44. GYP owns all title and interest in the copyrights of "The Artwork" that has been publicly displayed, reproduced, copied, sold, and distributed by CafePress.

45. CafePress has willfully, intentionally, and deliberately infringed the copyrights of "The Artwork" by unlawfully publicly displaying, reproducing, copying, selling, and distributing copies of "The Artwork" in violation of the Unites States Copyright Act, 17 U.S.C. § 501, *et seq*. and to this day continues to do so.

46. CafePress had and continues to have access to " The Artwork," by nature of the fact that the images are sold nationally, displayed in many online catalogs and displayed on the Internet.

47. Even after GYP sent CafePress a Notice of Infringement of "The Artwork," CafePress has continued to violate GYP's copyrights by copying, displaying, and offering for sale products containing images of "Cuba" and "Varadero Cuba."  Exhibits "GGG" and "III."

48. GYP is entitled to recover CafePress' profits, or at GYP's election, statutory damages in accordance with 17 U.S.C. § 504.

49. GYP is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

Wherefore, for the reasons set forth above, GYP prays for judgment against all Defendants as follows:

1.   Judgment in favor of GYP and against all Defendants;

2.   An Order enjoining Defendants from using The Artwork;

3.   An Order requiring Defendants to review all uploaded images by its members to insure that none of the images are protected by GYP's copyrights;

4.   An Order that requires Defendants to pay their profits to GYP, or, at GYP's election statutory damages as provided under 17 U.S.C. § 504;

5.   An Order multiplying the amount of the damages awarded to GYP as permitted by law;

6.   An Order awarding GYP pre- and post-judgment interest on the money damages;

7.   An Order that Defendants pay GYP for the costs of the action and GYP's reasonable attorneys' fees; and

8.   An Order granting GYP such other and further relief as this Court deems equitable and proper.

/ / /

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## **DEMAND FOR JURY TRIAL**

Plaintiff GYP demands a trial by jury on all claims so triable.


Respectfully submitted,

Dated: August 7, 2015                    LAW OFFICES OF JEFFREY YOUNG


By:  _____/s/ *Jeffrey S. Young*_____

Jeffrey S. Young, SB# 172016
LAW OFFICES OF JEFFREY S. YOUNG
1307 State Street, 1st Floor
Santa Barbara, CA 93101
jeff@jeffreyyounglaw.com
805 884-0338 (phone)
805 884-0799 (fax)

Attorney for Plaintiff Greg Young Publishing, Inc.

COMPLAINT FOR COPYRIGHT INFRINGEMENT