# EXHIBIT 'A'



VA1-433-507
supplement to –
VA1-150-890

"Aloha"

EXHIBIT "A"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (AL4 AND Aloha AND Erickson)[in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries

***Aloha (AL4) / by Greg Young Publishing.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001433507 / 2013-07-25 |
| | Supplement to: VA0001150890 / 2002 |
| **Title:** | Aloha (AL4) / by Greg Young Publishing. |
| **Notes:** | Statement re transfer space: by written assignment. |
| | Statement re nature of work: mixed media (on original appl.: photolithograph) |
| | Statement re correspondence: greg@gregyoungpublishing.com. |
| **Copyright Claimant:** | Greg Young Publishing * (on original appl.: reproduction of painting by photolithography) |
| **Authorship on Application:** | 2-dimensional artwork: Kerne Erickson (on original appl.: art reproduction: Greg Young Publishing, employer for hire) |
| **Previous Registration:** | * (on original appl.: mixed media "Aloha (AL4)" by Kerne Erickson) |
| **Supplement to Registration:** | VA 1-150-890, 2002 |
| **Names:** | Erickson, Kerne |
| | Greg Young Publishing |
| | Greg Young Publishing |



**Save, Print and Email (Help Page)**



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT "A"