EXHIBIT 'B'



VA1-433-531
supplemented to -
VA1-159-676

"Aloha from Hawaii"

EXHIBIT "B"



Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (AL10 erickson)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 2 entries

previous | next

Labeled View

***Aloha from Hawaii (AL10) / by Greg Young Publishing.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001433531 / 2013-07-25
Supplement to: VA0001159676 / 2002
**Title:** Aloha from Hawaii (AL10) / by Greg Young Publishing.
**Notes:** Statement re transfer space: by written agreement.
Statement re nature of work: mixed media (on original appl.: photolithograph).
Statement re correspondence: greg@gregyoungpublishing.com.
**Copyright Claimant:** Greg Young Publishing
**Authorship on Application:** 2-dimensional artwork: Kerne Erickson (on original appl.: reproduction of work of art: Greg Young Publishing, employer for hire)
**Previous Registration:** Preexisting material: not a derivative work (on original appl.: mixed media "Aloha from Hawaii" by Kerne Erickson)
**Basis of Claim:** New Matter: original work (on original appl.: reproduction of painting by photolithography)
**Supplement to Registration:** VA 1-159-676, 2002
**Names:** Erickson, Kerne
Greg Young Publishing
Greg Young Publishing

previous | next

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

EXHIBIT "B"