EXHIBIT 'C'



VA1-236-997
supplemented to –
VA1-002-260

"Havana"
Exhibit "C"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (cs32 erickson)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 2 entries

***Havana. No. CS32. By Greg Young Publishing.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001236997 / 2003-10-21 |
| | Supplement to: VA0001002260 / 2000 |
| **Title:** | Havana. No. CS32. By Greg Young Publishing. |
| **Notes:** | Statements re nature of the work, transfer space & corres. |
| | C.O. corres. |
| **Copyright Claimant:** | Greg Young Publishing |
| **Authorship on Application:** | artwork: Kerne Erickson (on original appl.: reproduction of artwork: Greg Young Publishing, employer for hire) |
| **Previous Registration:** | Preexisting material: (on original appl.: mixed media "Havana" by Kerne Erickson) |
| **Basis of Claim:** | New Matter: (on original appl.: reproduction of painting by photolithography) |
| **Supplement to Registration:** | VA 1-002-260, 2000 |
| **Variant title:** | Havana. |
| **Names:** | Erickson, Kerne |
| | Greg Young Publishing |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:  _____  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit "C"