EXHIBIT 'E'



VA1-433-528
supplemented to –
VA1-048-130

"Visit Cuba"

Exhibit "E"



Copyright United States Copyright Office

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (cs37 cuba erickson)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 2 entries

previous next

Labeled View

***Visit Cuba (CS37) / by Greg Young Publishing.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001433528 / 2013-07-23
Supplement to: VA0001048130 / 2000
**Title:** Visit Cuba (CS37) / by Greg Young Publishing.
**Notes:** Statement re transfer space: by written agreement.
Statement re nature of work: mixed media (on original appl.: photolithograph).
Statement re correspondence: greg@gregyoungpublishing.com.
**Copyright Claimant:** Greg Young Publishing
**Authorship on Application:** 2-dimensional artwork: Kerne Erickson (on original appl.: reproduction of work of art: Greg Young Publishing, employer for hire)
**Previous Registration:** Preexisting material: not a derivative work (on original appl.: mixed media "Visit Cuba" by Kerne Erickson)
**Basis of Claim:** New Matter: original work (on original appl.: reproduction of painting by photolithography)
**Supplement to Registration:** VA 1-048-130, 2000
**Names:** Erickson, Kerne
Greg Young Publishing
Greg Young Publishing

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record — Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Exhibit "E"