EXHIBIT 'F'



VA1-094-498

as supplemented by

VA1-237-002
"The Lindbergh Line"

Exhibit "F"



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (erickson, kerne)[ in Keyword Anywhere ]
Search Results: Displaying 101 of 194 entries

*The Lindbergh Line. No. CS46. By Greg Young Publishing.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001237002 / 2003-10-21 |
| | Supplement to: VA0001094498 / 2001 |
| **Title:** | The Lindbergh Line. No. CS46. By Greg Young Publishing. |
| **Notes:** | Statements re nature of the work, transfer space & corres. |
| | C.O. corres. |
| **Copyright Claimant:** | Greg Young Publishing |
| **Authorship on Application:** | artwork: Kerne Erickson (on original appl.: reproduction of artwork: Greg Young Publishing, employer for hire) |
| **Previous Registration:** | Preexisting material: (on original appl.: mixed media "The Lindbergh Line" by Kerne Erickson) |
| **Basis of Claim:** | New Matter: (on original appl.: reproduction of painting by photolithography) |
| **Supplement to Registration:** | VA 1-094-498, 2001 |
| **Variant title:** | The Lindbergh Line. |
| **Names:** | Erickson, Kerne |
| | Greg Young Publishing |

### Save, Print and Email (**Help Page**)

Select Download Format  Full Record   Format for Print/Save

Enter your email address:   Email

Help  Search  History  Titles  Start Over

Exhibit "F"