# EXHIBIT 'G'



VA1—130-347
as supplemented by –
VA1-433-517

# "Cuba"

Exhibit "G"



Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (erickson, kerne)[ in Keyword Anywhere ]

Search Results: Displaying 53 of 194 entries

previous | next

Labeled View

***Cuba : no. CS55.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001130347 / 2002-04-19
Supplemented by: VA0001433517 / 2013-07-23
**Title:** Cuba : no. CS55.
**Description:** Reproduction of painting.
**Copyright Claimant:** Greg Young Publishing (employer for hire)
**Date of Creation:** 2002
**Date of Publication:** 2002-04-08
**Previous Registration:** Mixed media painting by Kerne Erickson.
**Basis of Claim:** New Matter: photolithography.
**Copyright Note:** See also Cuba (CS55); Reg. 2013-07-23; VA0001433517
**Variant title:** Cuba : no. CS55.
**Names:** Erickson, Kerne
Greg Young Publishing

previous | next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit "G"