EXHIBIT 'H'



VA1-433-506
supplemented to -
VA1-181-636

"Aloha Hawaii"

Exhibit "H"



Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (cs59 erickson)[ in Keyword Anywhere ]

Search Results: Displaying 1 of 4 entries

previous | next

Labeled View

***Aloha Hawaii (CS59) / by Greg Young Publishing.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001433506 / 2013-07-25
Supplement to: VA0001181636 / 2003
**Title:** Aloha Hawaii (CS59) / by Greg Young Publishing.
**Notes:** Statement re transfer space: by written assignment.
Statement re nature of work: mixed media (on original appl.: photolithograph)
Statement re correspondence: greg@gregyoungpublishing.com.
**Copyright Claimant:** Greg Young Publishing * (on original appl.: reproduction of painting by photolithography)
**Authorship on Application:** 2-dimensional artwork: Kerne Erickson (on original appl.: art reproduction: Greg Young Publishing, employer for hire)
**Previous Registration:** * (on original appl.: mixed media "Aloha Hawaii" by Kerne Erickson)
**Supplement to Registration:** VA 1-181-636, 2003

**Names:** Erickson, Kerne
Greg Young Publishing
Greg Young Publishing

previous | next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record · Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Exhibit "H"