EXHIBIT 'I'



VA1-219-145
as supplemented by –
VA1-433-544

"Varadero Cuba"

Exhibit "I"

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (erickson, kerne)[ in Keyword Anywhere ]
Search Results: Displaying 159 of 194 entries

***Varadero Cuba (CS64) / by Greg Young Publishing.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001433544 / 2013-07-25 |
| | Supplement to: VA0001219145 / 2003 |
| **Title:** | Varadero Cuba (CS64) / by Greg Young Publishing. |
| **Notes:** | Statement re transfer space: by written agreement. |
| | Statement re nature of work: mixed media (on original appl.: photolithograph). |
| | Statement re correspondence: greg@gregyoungpublishing.com. |
| **Copyright Claimant:** | Greg Young Publishing |
| **Authorship on Application:** | 2-dimensional artwork: Kerne Erickson (on original appl.: reproduction of work of art: Greg Young Publishing, employer for hire) |
| **Previous Registration:** | Preexisting material: not a derivative work (on original appl.: mixed media "Varadero Cuba" by Kerne Erickson) |
| **Basis of Claim:** | New Matter: original work (on original appl.: reproduction of painting by photolithography) |
| **Supplement to Registration:** | VA 1-219-145, 2003 |
| **Names:** | Erickson, Kerne |
| | Greg Young Publishing |
| | Greg Young Publishing |

**Save, Print and Email (Help Page)**
Select Download Format: Full Record — Format for Print/Save
Enter your email address: ____ Email

Help   Search   History   Titles   Start Over

Exhibit "I"