EXHIBIT 'K'



VA1-280-059

"Cuba Land of Romance"

Exhibit "K"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (CS75 AND Cuba AND Erickson)[in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries

*Cuba, land of romance : no. CS75.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001280059 / 2004-08-27
**Title:** Cuba, land of romance : no. CS75.
**Description:** Reproduction of painting.
**Copyright Claimant:** Greg Young Publishing
**Date of Creation:** 2004
**Date of Publication:** 2004-09-20
**Authorship on Application:** artwork: Kerne Erickson, 1946-.
**Copyright Note:** C.O. correspondence.
**Variant title:** Cuba, land of romance : no. CS75
**Names:** Erickson, Kerne, 1946-
Greg Young Publishing

| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record  Format for Print/Save |
| Enter your email address: _____ Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



Exhibit "K"