EXHIBIT 'L'



VAu685-249

"Escape to Cuba"

Exhibit "L"



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (erickson, kerne)[ in Keyword Anywhere ]

Search Results: Displaying 59 of 194 entries

previous next

Labeled View

***Escape to Cuba :***

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000685249 / 2005-09-09
**Title:** Escape to Cuba : no. CS79.
**Description:** Art original.
**Copyright Claimant:** Greg Young Publishing
**Date of Creation:** 2005
**Authorship on Application:** Kerne Erickson, 1946-.
**Copyright Note:** Cataloged from appl. only.
**Names:** Erickson, Kerne, 1946-
Greg Young Publishing

previous next

| Save, Print and Email (Help Page) |
| --- |
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Exhibit "L"