EXHIBIT 'M'



VAu685-250

"Key West"

Exhibit "M"



Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (CS80 AND Key AND West AND erickson)[in Keyword Anywhere (GKEY)]

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Key West, Florida :***

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000685250 / 2005-09-09
**Title:** Key West, Florida : no. CS80.
**Description:** Art original.
**Copyright Claimant:** Greg Young Publishing
**Date of Creation:** 2005
**Authorship on Application:** Kerne Erickson, 1946-.
**Copyright Note:** Cataloged from appl. only.
**Names:** Erickson, Kerne, 1946-
Greg Young Publishing

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record / Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Exhibit "M"