EXHIBIT 'N'



VAu-000-745-799

"Cocoa Beach"

Exhibit "N"



# Copyright
United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (erickson AND kerne AND CS97)[in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries

Labeled View

*Cocoa Beach :*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000745799 / 2007-06-12
**Title:** Cocoa Beach : no. CS97.
**Description:** Painting.
**Copyright Claimant:** Greg Young International
**Date of Creation:** 2007
**Authorship on Application:** artwork: Kerne Erickson, 1946-.
**Copyright Note:** Cataloged from appl. only.
**Names:** Erickson, Kerne, 1946-.
Greg Young International

**Save, Print and Email (Help Page)**
Select Download Format: Full Record | Format for Print/Save
Enter your email address: _____ Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit "N"