EXHIBIT 'O'



VAu745-801

"Havana"

Exhibit "O"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (erickson, kerne)[ in Keyword Anywhere ]
Search Results: Displaying 74 of 194 entries

*Havana :*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000745801 / 2007-06-12
**Title:** Havana : no. CS99.
**Description:** Painting.
**Copyright Claimant:** Greg Young International
**Date of Creation:** 2007
**Authorship on Application:** artwork: Kerne Erickson, 1946-.
**Copyright Note:** Cataloged from appl. only.
**Names:** Erickson, Kerne, 1946-.
Greg Young International

**Save, Print and Email (Help Page)**
Select Download Format Full Record   Format for Print/Save
Enter your email address:            Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit "O"