EXHIBIT 'P'



VA1-433-537
supplemented to –
VA1-211-672

"Pineapple"

Exhibit "P"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (sp1 pineapple erickson)[ in Keyword Anywhere ]
Search Results: Displaying 2 of 2 entries

*Pineapple (SP1) / by Greg Young Publishing.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001433537 / 2013-07-25 |
| | Supplement to: VA0001211672 / 2003 |
| **Title:** | Pineapple (SP1) / by Greg Young Publishing. |
| **Notes:** | Statement re transfer space: by written agreement. |
| | Statement re nature of work: mixed media (on original appl.: photolithograph). |
| | Statement re correspondence: greg@gregyoungpublishing.com. |
| **Copyright Claimant:** | Greg Young Publishing |
| **Authorship on Application:** | 2-dimensional artwork: Kerne Erickson (on original appl.: reproduction of work of art: Greg Young Publishing, employer for hire) |
| **Previous Registration:** | Preexisting material: not a derivative work (on original appl.: mixed media "Pineapple" by Kerne Erickson) |
| **Basis of Claim:** | New Matter: original work (on original appl.: reproduction of painting by photolithography) |
| **Supplement to Registration:** | VA 1-211-672, 2003 |
| **Names:** | Erickson, Kerne |
| | Greg Young Publishing |
| | Greg Young Publishing |

**Save, Print and Email (Help Page)**

Select Download Format [ Full Record ] [ Format for Print/Save ]

Enter your email address: [                    ] [ Email ]

Help   Search   History   Titles   Start Over

# Exhibit "P"