# EXHIBIT 'Q'



VA1-433-516
supplemented to –
VA1-205-134

"Coconut"

Exhibit "Q"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (sp4 erickson)[ in Keyword Anywhere ]
Search Results: Displaying 2 of 2 entries

### Coconut (SP4) / by Greg Young Publishing.

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001433516 / 2013-07-23
   Supplement to: VA0001205134 / 2003
**Title:** Coconut (SP4) / by Greg Young Publishing.
**Notes:** Statement re transfer space: by written assignment.
   Statement re correspondence: greg@gregyoungpublishing.com.
   Statement re nature of work: mixed media (on original appl.: photolithography).
**Copyright Claimant:** Greg Young Publishing * (on original appl.: reproduction of painting by photolithography)
**Authorship on Application:** 2-dimensional artwork: Kerne Erickson (on original appl.: reproduction of work of art: Greg Young Publishing, employer for hire)
**Previous Registration:** * (on original appl.: mixed media "Coconut" by Kerne Erickson)
**Supplement to Registration:** VA 1-205-134, 2003
**Names:** Erickson, Kerne
   Greg Young Publishing
   Greg Young Publishing

**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:                Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Exhibit "Q"